ROMAN OTKUPMAN (State Bar No. 249423)
OTKUPMAN LAW FIRM, A LAW CORPORATION
5950 Canoga Avenue
Suite 550
Woodland Hills, California 91367
Telephone: (818) 293-5623
Facsimile: (888) 850-1301
Email: Roman@OLFLA.com

Attorney for Plaintiff
MATTHEW EBNER

MICHAEL E.WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
Email:  mwilbur@fosteremploymentlaw.com

Attorneys for Defendant

THE NEIL JONES FOOD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EBNER, | Case No. 1-14-cv-01638 AWI SAB |
| Plaintiff, | |
| vs. | Date Action Filed:  September 8, 2014 |
| THE NEIL JONES FOOD COMPANY, and DOES 1 through 100, inclusive, | STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT AND EXETNDING DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING |
| Defendants. | |

WHEREAS Plaintiff filed a First Amended Complaint on February 2, 2015, without having

1

*EBNER V. THE NEIL JONES FOOD COMPANY, ET AL.*                    *STIPULATION AND ORDER RE FIRST AMENDED COMPLAINT*
Case No. 1-14-cv-01638 AWI SAB

1  first obtained leave to do so; and

2  WHEREAS Defendant does not oppose the filing of the First Amended Complaint, provided
3  that Defendant is granted additional time to file a responsive pleading;

4  The parties hereby stipulate and jointly request that the Court order as follows:

5  1. Plaintiff is granted leave to file the First Amended Complaint.

6  2. Defendant will file a response to the First Amended Complaint no later than thirty (30)
7  days after entry of the Court's Order based on this Stipulation.

8  IT IS SO STIPULATED.

Date: February 23, 2015                    FOSTER EMPLOYMENT LAW


_____
MICHAEL E. WILBUR
ANDREA BEDNAROVA
Attorneys for Defendant
THE NEIL JONES FOOD COMPANY


Date: February 23, 2015                    OTKUPMAN LAW FIRM



ROMAN OTKUPMAN
Attorney for Plaintiff
MATTHEW EBNER

IT IS SO ORDERED.

Dated:   **March 2, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

2

*EBNER V. THE NEIL JONES FOOD COMPANY, ET AL.*          *STIPULATION AND ORDER RE FIRST AMENDED COMPLAINT*
Case No. 1-14-cv-01638 AWI SAB