ROMAN OTKUPMAN (State Bar No. 249423)
OTKUPMAN LAW FIRM, A LAW CORPORATION
5950 Canoga Avenue
Suite 550
Woodland Hills, California 91367
Telephone: (818) 293-5623
Facsimile: (888) 850-1301
Email: Roman@OLFLA.com

Attorney for Plaintiff
MATTHEW EBNER

MICHAEL E.WILBUR (State Bar No. 152361)
ANDREA BEDNAROVA (State Bar No. 250709)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952
Email: mwilbur@fosteremploymentlaw.com

Attorneys for Defendant
THE NEIL JONES FOOD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EBNER, | Case No. 1-14-cv-01638 SAB |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL |
| THE NEIL JONES FOOD COMPANY, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties, through their respective counsel, that this action be dismissed, with

1

prejudice, each side to bear his/its own attorneys' fees and costs.

Date: April 10, 2015                         FOSTER EMPLOYMENT LAW


                                                    /s/ Michael E. Wilbur
                                                    MICHAEL E. WILBUR
                                                    ANDREA BEDNAROVA
                                                    Attorneys for Defendant
                                                    THE NEIL JONES FOOD COMPANY


Date: April 20, 2015                         OTKUPMAN LAW FIRM


                                                    /s/Roman Otkupman
                                                   ROMAN OTKUPMAN
                                                   Attorney for Plaintiff
                                                   MATTHEW EBNER

IT IS SO ORDERED.

Dated:   **April 13, 2015**

                                                  UNITED STATES MAGISTRATE JUDGE